

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2021

No. 04-18-00022-CR

Travis Leslie **NORTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3975
Honorable Frank J. Castro, Judge Presiding

# O R D E R

    Upon remand of this case by the Court of Criminal Appeals, we abated the appeal to the trial court to determine whether appellant wishes to continue to prosecute his appeal and, if so, whether appellant is indigent and entitled to appointed counsel. A supplemental clerk's record and reporter's record containing the trial court's findings and order appointing appellate counsel to represent appellant were filed in this court on November 10, 2021 and December 8, 2021, respectively. Accordingly, this appeal is REINSTATED on this court's docket.

    The missing reporter's record of the hearing on appellant's motion to suppress was filed in this court on December 9, 2021 and the appellate record is complete. It is ORDERED that the parties may re-brief the suppression issue that formed the basis of the remand of the appeal for further consideration by this court. The appellant's brief, if any, is due to be filed *within thirty (30) days* from the date of this order. If appellant files a brief, the State may file an appellee's brief within thirty days from the date the appellant's brief was filed.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court